FILED

2003 OCT 14 P 3: 06

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SUSAN DEMARTINIS, Individually, )
as surviving spouse and as )
ADMINISTRATRIX OF THE ESTATE )
OF MARC PETER DEMARTINIS, )
DECEASED, )
                                 )
           Plaintiff, )          3:02 CV 1757 (AVC)
                                 )
v. )
                                 )
ALITALIA-LINEE AEREE )
ITALIANE, S.p.A. )
                                 )
          Defendant. )          OCTOBER 14, 2003
                                 )

## MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Rule 6 (b) of the Federal Rules of Civil Procedure and Local Rule 7 (b), Defendant respectfully moves to modify the Court's May 28, 2003 Scheduling Order, as amended on August 5, 2003 and September 12, 2003, as follows:

    1.     To extend the date to November 1, 2003 for all parties to designate trial experts and provide opposing counsel with reports.

    2.     To extend the date to November 30, 2003 for all parties to depose each other's experts.

    3.     To extend the date to December 15, 2003 to file all motions, except motions in limine incident to a trial.

**NO ORAL ARGUMENT REQUESTED**

·1·

**STANGER & ARNOLD, LLP**
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

Plaintiff's counsel has no objection to the granting of this Motion to Modify Scheduling Order. This is Defendant's second Motion To Modify Scheduling Order.

Respectfully submitted,

By: _____
Steven E. Arnold, ct07966
sea@SAlaw.us
Peter Van Dyke, ct24727
pvd@SAlaw.us
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107
Tel. (860) 561-0650
Fax. (860) 561-0646

-and-

Eugene Massamillo, ct16211
Jeanine C. Driscoll, ct24341
BIEDERMANN, HOENIG, MASSAMILLO
& RUFF, P.C.
90 Park Avenue
New York, New York 10016
(212) 697-6555

Attorneys for Defendant
**ALITALIA-LINEE AEREE ITALIANE S.p.A.**

·2·

**STANGER & ARNOLD, LLP**
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record and pro se parties on October 14, 2003:

Vincent F. Sabatini, Esq.
James Sabatini, Esq.
Sabatini & Associates, LLC
One Market Square
Newington, CT  06111-2992

_____
Peter Van Dyke

**STANGER & ARNOLD**, LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042