26

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN DEMARTINIS, Individually, as surviving spouse and as ADMINISTRATRIX OF THE ESTATE OF MARC PETER DEMARTINIS, DECEASED,<br><br>        Plaintiff,<br><br>v.<br><br>ALITALIA-LINEE AEREE ITALIANE, S.p.A.<br><br>        Defendant. | 3:02 CV 1757 (AVC)<br><br><br><br><br><br>OCTOBER 14, 2003 |

## MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Rule 6 (b) of the Federal Rules of Civil Procedure and Local Rule 7 (b), Defendant respectfully moves to modify the Court's May 28, 2003 Scheduling Order, as amended on August 5, 2003 and September 12, 2003, as follows:

    1.    To extend the date to November 1, 2003 for all parties to designate trial experts and provide opposing counsel with reports.

    2.    To extend the date to November 30, 2003 for all parties to depose each other's experts.

    3.    To extend the date to December 15, 2003 to file all motions, except motions in limine incident to a trial.

**NO ORAL ARGUMENT REQUESTED**

·1·

**STANGER & ARNOLD, LLP**
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

October 20, 2003. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.