FILED

2003 OCT 30 P 1: 13

UNITED STATES DISTRICT COURT

US DISTRICT COURT
HARTFORD CT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN DEMARTINIS, Individually, as surviving spouse and as Administratrix of The Estate of Marc Peter DeMartinis, Deceased | : | |
| Plaintiff, | : | Civil Case No.: |
| vs. | : | 3:02cv1757 (AVC) |
| ALITALIA-LINEE AEREE ITALIANE, S.p.A. | : | |
| Defendant. | : | OCTOBER 29, 2003 |

### PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 9(b), plaintiff respectfully moves to modify the Court's May 28, 2003 Scheduling Order as follows:

1. To extend the date to December 31, 2003 for all parties to designate all trial experts and provide opposing counsel with reports from retained experts; and

2. To extend the date to January 30, 2004 for all parties to finish conducting expert depositions.

3. To extend the date to February 15, 2004, to file summary judgment motion.

**ORAL ARGUMENT IS NOT REQUESTED**

Defendant's counsel has no objection to the granting of this motion.

                PLAINTIFF,
                 SUSAN DeMARTINIS, Administratrix

By_____
     Vincent F. Sabatini, Esquire
     CT 06211
     Sabatini and Associates, LLC
     Her Attorneys
     One Market Square
     Newington, CT 06111
     Tel. No.: (860) 667-0839
     Fax No.: (860) 667-0867
     Juris No.: 52654
     e-mail: sa@sabatinilaw.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing Motion was mailed, postage prepaid, on October 29, 2003, to the following:

Steven E. Arnold, Esquire
Stanger & Arnold, LLP
29 South Main Street
Suite 325
West Hartford, CT 06107

Eugene Massamillo, Esquire
Biedermann, Hoenig, Massamillo & Ruff, P.C.
90 Park Avenue
New York, NY 10016

                                    _____
                                      Vincent F. Sabatini