

#28

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN DEMARTINIS, Individually, as surviving spouse and as Administratrix of The Estate of Marc Peter DeMartinis, Deceased | : : : : : | |
| Plaintiff, | : : | Civil Case No.: |
| vs. | : : | 3:02cv1757 (AVC) √ mail |
| ALITALIA-LINEE AEREE ITALIANE, S.p.A. | : : : | |
| Defendant. | : | OCTOBER 29, 2003 |

### PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 9(b), plaintiff respectfully moves to modify the Court's May 28, 2003 Scheduling Order as follows:

1. To extend the date to December 31, 2003 for all parties to designate all trial experts and provide opposing counsel with reports from retained experts; and

2. To extend the date to January 30, 2004 for all parties to finish conducting expert depositions.

3. To extend the date to February 15, 2004, to file summary judgment motion.

**ORAL ARGUMENT IS NOT REQUESTED**

GRANTED.
Alfred V. Covello, U.S.D.J.
November 5, 2003.
SO ORDERED.

