UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 OCT 31  P 2: 36
US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| SUSAN DEMARTINIS, Individually, as surviving spouse and as ADMINISTRATRIX OF THE ESTATE OF MARC PETER DEMARTINIS, DECEASED, )))))) | |
| Plaintiffs, ) | **302 Civ. 1757 (AVC)** |
| v. ) | |
| ALITALIA-LINEE AEREE ITALIANE, S.p.A. )))) | October 28, 2003 |
| Defendants. ) | |

### DEFENDANT ALITALIA'S MOTION FOR THE ISSUANCE OF A LETTER OF REQUEST FOR THE EXAMINATION OF WITNESSES IN ITALY PURSUANT TO THE HAGUE CONVENTION ON THE TAKING OF EVIDENCE ABROAD

Defendant ALITALIA LINEE-AEREE ITALIANE, S.p.A. ("ALITALIA"), by its undersigned attorneys, pursuant to Local Rule 7 and Rules 28, 30 and 32, Federal Rules of Civil Procedure, hereby respectfully moves this Court, for the issuance by the Court of a "Letter of Request," for the purpose of taking critical evidence abroad pursuant to the Hague Convention of 1970, in the form simultaneously submitted herewith, addressed to the Central Authority in Italy, for the examination of (1) Dr. Cristiana Roveda, Acting Public Prosecutor, Office of the Public Prosecutor, Busto Arsizio; (2) Mirko Sbordoni, Assistant Commander, National Police, Border Police Bureau, Malpensa International Airport, Criminal Investigation Unit; (3) Dr. Robert Caterini, Physician on Duty, Malpensa International Airport, an employee of Societa Esercizi Aeroportuali S.p.A. ("SEA"); and (4) D. Gianni, Nurse, Emergency Room, Malpensa International Airport, also an employee of SEA. These witnesses all reside in Italy.

ORAL ARGUMENT NOT REQUESTED

PLEASE TAKE NOTICE that in support of this Motion ALITALIA respectfully submits the accompanying Memorandum of Law and the Request for International Judicial Assistance for Examination of Witnesses in Italy pursuant to the Hague Convention, with annexed attachments.

PLEASE TAKE FURTHER NOTICE that by this Motion, ALITALIA respectfully requests an appointment by this Court of Eugene Massamillo, Esq. as a commissioner before whom the testimony of the above named individuals may be taken. This Application is made pursuant to, and in conformity with, the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, T.I.A.S. 7444, 23 U.S.T. 2555, 847 UNTS, reprinted in 28 U.S.C.A. § 1781 ("Hague Evidence Convention"), which is in force between the United States and Italy.

Dated: New York, New York
October 28, 2003

Respectfully submitted,

By: _____
Eugene Massamillo (ct 16211)
Jeanine C. Driscoll (ct 24341)
BIEDERMANN, HOENIG, MASSAMILLO
  & RUFF, P.C.
90 Park Avenue
New York, New York 10016
(212) 697-6555

and

STANGER & ARNOLD, LLP
Steven E. Arnold (ct 07966)
29 South Main Street, Suite 325N
West Hartford, CT 06107
(860) 561-0650

Attorneys for Defendant
**ALITALIA LINEE-AEREE ITALIANE S.p.A.**