UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN DEMARTINIS, Individually, as surviving spouse and as Administratrix of The Estate of Marc Peter DeMartinis, Deceased | : : : : : | |
| Plaintiffs, | : : | Civil Case No.: |
| vs. | : : | 3:02cv1757 (AVC) |
| ALITALIA-LINEE AEREE ITALIANE, S.p.A. | : : : | |
| Defendant. | : | NOVEMBER 11, 2003 |

**PLAINTIFFS' OBJECTION TO DEFENDANT'S MOTION FOR THE ISSUANCE OF A LETTER OF REQUEST FOR THE EXAMINATION OF WITNESSES IN ITALY PURSUANT TO THE HAGUE CONVENTION ON THE TAKING OF EVIDENCE ABROAD**

Plaintiffs, Susan DeMartinis, Individually, as surviving spouse and Administratrix of the Estate of Marc Peter DeMartinis, do hereby respectfully file this objection and memorandum of law to the defendant's request to take the depositions abroad of certain witnesses.

Specifically, plaintiffs object on the following grounds: 1) the proposed discovery is not relevant nor is it reasonably calculated to lead to the discovery of admissible evidence; 2) the taking of the depositions, as proposed by the defendant, will unduly burden the plaintiffs especially since it is unclear from the documents submitted whether or not the

ORAL ARGUMENT NOT REQUESTED

defendant wishes to take these depositions for discovery purposes or in lieu of these witnesses appearing for trial; 3) certain questions proposed by the defendant are improper; and 4) pursuant to Fed.R.Civ.P. 30(c), if the court allows for the examination of witnesses in Italy, the parties should submit written questions in a sealed envelope and the party taking the deposition shall transmit the sealed envelopes to the officer before whom the deposition is be taken and the officer shall propound them to the witnesses and record the answers verbatim.

      In further support of the Objection, plaintiffs attach hereto a Memorandum of law.

Respectfully Submitted,

_____
Vincent F. Sabatini, Esq. (ct 06211)
SABATINI AND ASSOCIATES, LLC
One Market Square
Newington, CT  06111
(860) 667-0839  Fax 667-0867
email: sa@sabatinilaw.com

Attorneys for Plaintiffs