UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN DEMARTINIS, Individually,<br>as surviving spouse and as<br>ADMINISTRATRIX OF THE ESTATE<br>OF MARC PETER DEMARTINIS,<br>DECEASED,<br><br>       Plaintiffs,<br>v.<br><br>ALITALIA-LINEE AEREE<br>ITALIANE, S.p.A.<br><br>       Defendants. | **302 Civ. 1757 (AVC)**<br><br>October 28, 2003 |

**ORDER GRANTING DEFENDANT'S MOTION FOR ISSUANCE OF LETTER OF REQUEST PURSUANT TO HAGUE CONVENTION AND APPROVING THE APPOINTMENT OF EUGENE F. MASSAMILLO, ESQ. AS COMMISSIONER FOR THE PURPOSE OF TAKING EVIDENCE THROUGH THE TESTIMONY OF WITNESSES IN THE REPUBLIC OF ITALY**

**THIS CAUSE**, having come before this Court on Defendant's Motion for issuance by the Court of a Letter of Request, it is

**ORDERED AND ADJUDGED:**

1. The Court will issue a Letter of Request in the form submitted by Defendant ALITALIA, pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, for the purpose of taking the depositions by sworn oral testimony of (1) Dr. Robert Caterini, Physician on Duty, Malpensa Airport an employee of Societa Esercizi Aeroportuali S.p.A. ("SEA"); (2) D. Giatti, Nurse, Emergency Room, Malpensa Airport, also an employee of SEA; (3) Dr. Cristiana Roveda, Acting Public Prosecutor Office of the Public Prosecutor Busto Arsizio; and (4) Mirko Sbordoni, Ass't Commander, National Police, Border Police Bureau,

Malpensa Airport Criminal Investigation Unit.

2. The Court hereby appoints Eugene Massamillo, Esq. as commissioner for the purpose of taking evidence under Articles 17 and 18 of the Hague Convention through the testimony of (1) Dr. Robert Caterini,; (2) Nurse D. Giatti; (3) Dr. Cristiana Roveda; and (4) Mirko Sbordoni, in the Republic of Italy.

**DONE AND ORDERED** in Hartford, Connecticut on this 30th day of November, 2003.



HON. ALFRED V. COVELLO
UNITED STATES DISTRICT JUDGE

Conformed Copies to:

Eugene Massamillo, Esq.
Vincent Sabatini, Esq.
Steven Arnold, Esq.