UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN DEMARTINIS, Individually, as surviving spouse and as ADMINISTRATRIX OF THE ESTATE OF MARC PETER DEMARTINIS, DECEASED, <br><br> Plaintiffs, <br><br> v. <br><br> ALITALIA-LINEE AEREE ITALIANE, S.p.A. <br><br> Defendant. | 3:02 CV 1757 (AVC) <br><br><br><br> JANUARY 30, 2004 |

### DEFENDANT'S THIRD MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b), Defendant respectfully moves to modify the Court's November 5, 2003 Amended Scheduling Order to extend the date until March 30, 2004 for the parties to file any dispositive motions. Defendant needs this additional time because the Central Authority in Italy has not yet taken the depositions of Dr. Robert Caterini, D. Gianni, Dr. Christiana Roveda, and Mirko Sbordoni, as per the Court's December 2, 2003 Order. The deposition testimony of these individuals is critical to Defendant's anticipated summary judgment motion.

**NO ORAL ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

·1·

**STANGER & ARNOLD, LLP**
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

Plaintiffs' counsel has no objection to the granting of this Motion to Modify Scheduling Order. This is Defendant's third Motion To Modify Scheduling Order.

Respectfully submitted,

By: _____
Steven E. Arnold, ct07966
sea@SAlaw.us
Peter M. Van Dyke, ct24747
pvd@SAlaw.us
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107
Tel. (860) 561-0650
Fax. (860) 561-0646

-and-

BIEDERMANN, HOENIG, MASSAMILLO
& RUFF, P.C.
90 Park Avenue
New York, New York 10016
(212) 697-6555

Attorneys for Defendant
**ALITALIA-LINEE AEREE ITALIANE S.p.A.**

·2·

**STANGER & ARNOLD**, LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record and pro se parties on January 30, 2004:

Vincent F. Sabatini, Esq.
James Sabatini, Esq.
Sabatini & Associates, LLC
One Market Square
Newington, CT 06111-2992

Peter M. Van Dyke

STANGER & ARNOLD, LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042