#38

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN DEMARTINIS, Individually, )<br>as surviving spouse and as )<br>ADMINISTRATRIX OF THE ESTATE )<br>OF MARC PETER DEMARTINIS, )<br>DECEASED, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ALITALIA-LINEE AEREE )<br>ITALIANE, S.p.A. )<br>)<br>Defendant. )<br>) | 3:02 CV 1757 (AVC)<br><br><br><br><br><br>JANUARY 30, 2004 |

February 3, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

DEFENDANT'S THIRD MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b), Defendant respectfully moves to modify the Court's November 5, 2003 Amended Scheduling Order to extend the date until March 30, 2004 for the parties to file any dispositive motions. Defendant needs this additional time because the Central Authority in Italy has not yet taken the depositions of Dr. Robert Caterini, D. Gianni, Dr. Christiana Roveda, and Mirko Sbordoni, as per the Court's December 2, 2003 Order. The deposition testimony of these individuals is critical to Defendant's anticipated summary judgment motion.

**NO ORAL ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

·1·

STANGER & ARNOLD, LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042