

# CORTE D'APPELLO DI MILANO
### UFFICIO ROGATORIE INTERNAZIONALI

Rog. n. 89/2003
Vs. n. ~~3:02 Civ 1757 (AVC)~~
3:02 CV 1757 (AVC)

Milano, 21·02·04

OGGETTO: rogatoria estera in causa civile:
Susan De Martinis / ALITALIA

fissazione udienza: 13·04·2003

To Court House
District of Connecticut
450 Main Street
06103 - HARTFORD
(USA)

Si trasmette copia del provvedimento con il quale il giudice del Tribunale di Gallarate ha fissato l'udienza per l'escussione del teste.

Il Direttore di Cancelleria
Pompeo Valeri

**TRIBUNALE DI BUSTO ARSIZIO**
Sezione distaccata di Gallarate

**Alla Corte di Appello
Ufficio Rogatorie Internazionali
Milano**

**In allegato si trasmette copia del provvedimento emesso dal giudice per il procedimento 89/03.**

**Gallarate 12/02/2004**



# CORTE D'APPELLO DI MILANO
### UFFICIO ROGATORIE INTERNAZIONALI

Rog. 89/2003

Susan De Martino

*contro*

ALITALIA

Testi: (1) Roberto Caterini — (2) D. Graff
(3) ch. Cristiana Roveda (4) Mirko Sbordoni

pervenuto
DEPOSITATO IN CANCELLERIA
li, 22-1-04
IL CANCELLIERE C2
Dott. Laura Fant

Si avvisa alla M. Disanaia
d. vedusese.

Butik. 23.1.04

IL PRESIDENTE
(Dott. Giovanni Ruccia)

E10.DOC

## TRIBUNALE DI BUSTO ARSIZIO
### Sezione distaccata di Gallarate

Oggetto: Rogatoria estera n. 2/04 del ............

Causa civile tra ... DE MARTINIS SUSAN / ALITALIA S.p.A.

Il Giudice,
Visto il decreto in data.................con il quale la Corte di Appello di Milano, su richiesta del............................
ha ordinato l'esecuzione della rogatoria in oggetto;
Visto l'art. 802 C.p.c.;

### FISSA

L'udienza del giorno 13/4/04 alle ore 8:30 davanti a sé in questa sede, per l'espletamento dell'interrogatorio ~~del convenuto,~~ DEI TESTI INDICATI NOCHE ROGATORIA DA NOTIFICARE AGLI INDIRIZZI INDICATI IN ROGATORIA ✱
Sig..............
residente in..............Via..............
Dispone che la Cancelleria trasmetta copia autentica del presente provvedimento alla Corte di Appello di Milano, Ufficio Rogatorie Internazionali, per consentire la comunicazione ai difensori delle parti.
Ordina infine che la Cancelleria provveda a notificare copia del presente provvedimento al Sig..............
residente in..............Via..............
dovendo essere interrogato da questo Giudice.
Gallarate li 6/2/2004

Il Cancelliere                                           Il Giudice
Angela Calderara

✱ 1) ROBERTO CATERINI C/O SEA SPA AEROPORTO INT. MALPENSA TERMINAL 2
2) A. GIATTI INDIRIZZO COME SOPRA
3) DOTT. CRISTINA ROVEDA C/O PROCURA DELLA REPUBBLICA DI BUSTO ARSIZIO (VA) L.GO GIARDINO 13
4) MIRKO SBORDONI C/O UFF. POLIZIA DI FRONTIERA AEROPORTO INT. MALPENSA
SI NOTIFICHI A TUTTI I TESTI ENTRO IL 5/4/2004

E' copia conforme all'originale

Gallarate, li .................... 12 FEB. 2004

L'OPERATORE AMMINISTRATIVO
(Paol... D....)