**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SUSAN DEMARTINIS, Individually, | ) | |
| as surviving spouse and as | ) | |
| ADMINISTRATRIX OF THE ESTATE | ) | |
| OF MARC PETER DEMARTINIS, | ) | |
| DECEASED, | ) | |
| | ) | |
| Plaintiffs, | ) | 3:02 CV 1757 (AVC) |
| | ) | |
| v. | ) | |
| | ) | |
| ALITALIA-LINEE AEREE | ) | |
| ITALIANE, S.p.A. | ) | |
| | ) | |
| Defendant. | ) | MARCH 24, 2004 |
| | ) | |

**DEFENDANT'S FOURTH MOTION TO MODIFY SCHEDULING ORDER**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b), Defendant respectfully moves to extend the date until June 15, 2004 for the parties to file any dispositive motions. Defendant needs this additional time because the Central Authority in Italy has not yet taken the depositions of Dr. Robert Caterini, D. Gianni, Dr. Christiana Roveda, and Mirko Sbordoni, as per the Court's December 2, 2003 Order. The deposition testimony of these individuals is critical to Defendant's anticipated summary judgment motion. Plaintiffs anticipate that these depositions will take place by May 15, 2004.

**NO ORAL ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

·1·

**STANGER & ARNOLD, LLP**
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

Plaintiffs' counsel has no objection to the granting of this Motion to Modify Scheduling Order.

This is Defendant's fourth Motion To Modify Scheduling Order.

                              Respectfully submitted,

                              By:_____
                              Steven E. Arnold, ct07966
                              sea@SAlaw.us
                              Peter M. Van Dyke, ct24747
                              pvd@SAlaw.us
                              Stanger & Arnold, LLP
                              29 South Main Street
                              West Hartford, CT 06107
                              Tel. (860) 561-0650
                              Fax. (860) 561-0646

                              -and-

                              BIEDERMANN, HOENIG, MASSAMILLO
                              & RUFF, P.C.
                              90 Park Avenue
                              New York, New York 10016
                              (212) 697-6555

                              Attorneys for Defendant
                              **ALITALIA-LINEE AEREE ITALIANE S.p.A.**

·2·

**STANGER & ARNOLD, LLP**
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

CERTIFICATE OF SERVICE

     This is to certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record and pro se parties on March 24, 2004:

Vincent F. Sabatini, Esq.
James Sabatini, Esq.
Sabatini & Associates, LLC
One Market Square
Newington, CT 06111-2992

                                               Peter M. Van Dyke

**STANGER & ARNOLD,** LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042