UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SAN DEMARTINIS, Individually, )
surviving spouse and as )
ADMINISTRATRIX OF THE ESTATE )
MARC PETER DEMARTINIS, )
DECEASED, )
)
Plaintiffs, ) 3:02 CV 1757 (AVC)
)
)
)
)
ITALIA-LINEE AEREE )
ITALIANE, S.p.A. )
)
Defendant. ) MARCH 24, 2004
)

**DEFENDANT'S FOURTH MOTION TO MODIFY SCHEDULING ORDER**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b), Defendant respectfully moves to extend the date until June 15, 2004 for the parties to file any dispositive motions. Defendant needs this additional time because the Central Authority in Italy has not yet taken the depositions of Dr. Robert Caterini, D. Gianni, Dr. Christiana Roveda, and Marko Sbordoni, as per the Court's December 2, 2003 Order. The deposition testimony of these individuals is critical to Defendant's anticipated summary judgment motion. Plaintiffs anticipate that these depositions will take place by May 15, 2004.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY REQUIRED**

·1·

STANGER & ARNOLD, LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

3:02cv1757 (AVC). March 25, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.