UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN DEMARTINIS, Individually, as surviving spouse and as ADMINISTRATRIX OF THE ESTATE OF MARC PETER DEMARTINIS, DECEASED, | ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) 302 Civ. 1757 (AVC) |
| v. | ) ) |
| ALITALIA-LINEE AEREE ITALIANE, S.p.A. | ) June 2 , 2004 ) ) |
| Defendants. | ) ) ) |

**DEFENDANT ALITALIA'S MOTION FOR THE ISSUANCE OF A LETTER OF REQUEST FOR COMPULSION OF EVIDENCE FOR TRIAL PURSUANT TO THE HAGUE CONVENTION ON THE TAKING OF EVIDENCE ABROAD**

Defendant ALITALIA LINEE-AEREE ITALIANE, S.p.A. ("ALITALIA"), by its undersigned attorneys, pursuant to Local Rule 7 and Rule 34 of the Federal Rules of Civil Procedure, hereby respectfully moves this Court, for the issuance of a "Letter of Request," for the purpose of obtaining critical evidence abroad pursuant to the Hague Convention of 1970, in the form simultaneously submitted herewith, addressed to the Central Authority in Italy, to enable ALITALIA to obtain evidence in its defense by compulsion from Societa Esercizi Aeroportuali S.p.A. ("SEA"), pursuant to Article 18 of the Convention. The evidence to be used for trial is a medical report prepared by Dr. Roberto Caterini, Physician on Duty, Malpensa International Airport who treated plaintiff's decedent immediately preceding his death.

<u>ORAL ARGUMENT NOT REQUESTED</u>

PLEASE TAKE NOTICE that in support of this Motion ALITALIA respectfully submits the accompanying Memorandum of Law and the Request for International Judicial Assistance for Compulsion of Evidence for Trial pursuant to the Hague Convention, with annexed attachments.

PLEASE TAKE FURTHER NOTICE that this Application is made pursuant to, and in conformity with, the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, T.I.A.S. 7444, 23 U.S.T. 2555, 847 UNTS, reprinted in 28 U.S.C.A. § 1781 ("Hague Evidence Convention"), which is in force between the United States and Italy.

Dated: New York, New York
June 2, 2004

Respectfully submitted,

By: _____
Eugene Massamillo (ct 16211)
Jeanine C. Driscoll (ct 24341)
BIEDERMANN, HOENIG, MASSAMILLO
 & RUFF, P.C.
90 Park Avenue
New York, New York 10016
(212) 697-6555

and

STANGER & ARNOLD, LLP
Steven E. Arnold (ct 07966)
29 South Main Street, Suite 325N
West Hartford, CT 06107
(860) 561-0650

Attorneys for Defendant
**ALITALIA LINEE-AEREE ITALIANE S.p.A.**

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record and pro se parties on June 2, 2004:

Vincent F. Sabatini, Esq.
James Sabatini, Esq.
Sabatini & Associates, LLC
One Market Square
Newington, CT  06111-2992

Peter M. Van Dyke