UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN DEMARTINIS, Individually, as surviving spouse and as ADMINISTRATRIX OF THE ESTATE OF MARC PETER DEMARTINIS, DECEASED, <br><br> Plaintiffs, <br> v. <br><br> ALITALIA-LINEE AEREE ITALIANE, S.p.A. <br><br> Defendants. | 302 Civ. 1757 (AVC) <br><br> June 2, 2004 |

### DEFENDANT ALITALIA'S MOTION FOR THE ISSUANCE OF A LETTER OF REQUEST FOR COMPULSION OF EVIDENCE FOR TRIAL PURSUANT TO THE HAGUE CONVENTION ON THE TAKING OF EVIDENCE ABROAD

Defendant ALITALIA LINEE-AEREE ITALIANE, S.p.A. ("ALITALIA"), by its undersigned attorneys, pursuant to Local Rule 7 and Rule 34 of the Federal Rules of Civil Procedure, hereby respectfully moves this Court, for the issuance of a "Letter of Request," for the purpose of obtaining critical evidence abroad pursuant to the Hague Convention of 1970, in the form simultaneously submitted herewith, addressed to the Central Authority in Italy, to enable ALITALIA to obtain evidence in its defense by compulsion from Societa Esercizi Aeroportuali S.p.A. ("SEA"), pursuant to Article 18 of the Convention. The evidence to be used for trial is a medical report prepared by Dr. Roberto Caterini, Physician on Duty, Malpensa International Airport who treated plaintiff's decedent immediately preceding his death.

ORAL ARGUMENT NOT REQUESTED

GRANTED.
Alfred V. Covello, U.S.D.J.
June 22, 2004.
SO ORDERED.