UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUN 23  A II: 56

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| SUSAN DEMARTINIS, Individually, as surviving spouse and as ADMINISTRATRIX OF THE ESTATE OF MARC PETER DEMARTINIS, DECEASED, <br><br> Plaintiffs, <br> v. <br><br> ALITALIA-LINEE AEREE ITALIANE, S.p.A. <br><br> Defendants. | 302 Civ. 1757 (AVC) <br><br> June 2, 2004 |

**ORDER GRANTING DEFENDANT'S MOTION FOR ISSUANCE OF LETTER OF REQUEST FOR COMPULSION OF EVIDENCE FOR TRIAL PURSUANT TO THE HAGUE CONVENTION ON THE TAKING OF EVIDENCE ABROAD**

**THIS CAUSE**, having come before this Court on Defendant's Motion for issuance by the Court of a Letter of Request, it is **ORDERED AND ADJUDGED**:

The Court will issue a Letter of Request in the form submitted by Defendant ALITALIA LINEE-AEREE ITALIANE, S.p.A. ("ALITALIA"), pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, for the purpose of obtaining evidence in its defense, by compulsion pursuant to Article 18 of the Convention. The evidence to be used for trial is a medical report prepared by Dr. Roberto Caterini, Physician on Duty, Malpensa International Airport who treated the decedent before his death.

The report has been submitted by Dr. Caterini to his employer Societa Esercizi Aeroportuali S.p.A. ("SEA"). The President and General Manager of SEA is Mr. Giuseppe Bencini. The Letter of Request directs Mr. Bencini to release the medical report to Alitalia for use as evidence at trial.

**DONE AND ORDERED** in Hartford, Connecticut on this 21st day of June, 2004.

_____
HON. ALFRED V. COVELLO
UNITED STATES DISTRICT JUDGE

Conformed Copies to:

Eugene Massamillo, Esq.
Vincent Sabatini, Esq.
Steven Arnold, Esq.