FILED

2004 JUL 29  A 11: 38

U.S. DISTRICT COURT
HARTFORD, CT.

