**FILED**
2004 NOV 15 A 10: 33
U.S. DISTRICT COURT
HARTFORD, CT.



# CORTE D'APPELLO DI MILANO
## UFFICIO ROGATORIE INTERNAZIONALI

Rog. n. 57/04
Vs. n. 302 CIV 1757 (AVC)

Milano, 8·11·04

OGGETTO: rogatoria estera in causa civile: De Martinus / Alitalia

fissazione udienza: 07 12 2004

To Office of the Clerk
U.S. District Court,
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street
(USA) HARTFORD - CT. 06103

Si trasmette copia del provvedimento con il quale il giudice del Tribunale di Busto Arsizio - Gallarate ha fissato l'udienza per l'escussione del teste.

Il Direttore di Cancelleria
Pompeo Valeri