UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN DEMARTINIS, Individually, as surviving spouse and as ADMINISTRATRIX OF THE ESTATE OF MARC PETER DEMARTINIS, DECEASED<br>　　　　Plaintiff, | : CIVIL NO. 3:02 CV 1757(AVC)<br>:<br>:<br>:<br>:<br>: |
| VS. | :<br>: |
| ALITALIA-LINEE AEREE ITALIANE, S.p.A.<br>　　　　Defendant | : MARCH 22, 2005 |

MOTION FOR ADMISSION OF DEFENDANT'S ATTORNEY
PRO HAC VICE

Pursuant to Local Rule 83.1(d), the undersigned, a member of the bar of this Court who has filed an Appearance on behalf of the Defendant, respectfully moves for the admission of Attorney Daniel F. Hayes of Biedermann, Hoenig, Massamillo & Ruff, P.C. of New York, New York, as attorney for the Defendant, Pro Hac Vice. Appended hereto is the application fee for the Motion For Admission of Defendant's Attorney Pro Hac Vice and the Certificate of Attorney Daniel F. Hayes in support of this Motion.

**NO ORAL ARGUMENT REQUESTED**

**STANGER & ARNOLD, LLP**
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

       Respectfully submitted,
       DEFENDANT,
       ALITALIA-LINEE AEREE ITALIANE S.p.A.

By: _____
Steven B. Arnold, ct 07966
sea@SAlaw.us
Peter Van Dyke, ct24727
pvd@SAlaw.us
Stanger & Arnold, LLP
29 South Main Street, Suite 325N
West Hartford, CT 06107
(860) 561-0650
(860) 561-0646 (fax)

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record and pro se parties on March 22, 2005:

Vincent F. Sabatini, Esq.
Sabatini & Associates, LLC
One Market Square
Newington, CT 06111-2992

_____
Peter M. Van Dyke

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN DeMARTINIS, Individually, as : <br> surviving spouse and as ADMINISTRATRIX : <br> OF THE ESTATE OF MARK PETER DeMARTINIS, : <br> DECEASED : <br>   : <br>   : <br> Plaintiff, : <br>   : <br> vs. : <br>   : <br> ALITALIA-LINEE AEREE ITALIANE, S.p.A. : <br>   : <br>   : <br> Defendant : | CIVIL NO.: 3:02 CV 1757 (AVC) <br><br><br><br><br><br><br><br><br><br><br><br> MARCH 21, 2005 |

### CERTIFICATE OF COUNSEL

I, Daniel F. Hayes, certify, pursuant to Local Rule 2(d) in support of Defendant's Motion for my admission *pro hac vice*, that:

1. I am a partner in the law firm of Biedermann, Hoenig, Massamillo & Ruff, P.C., located at 90 Park Avenue, New York, NY 10016 (Telephone: (212) 697-6555; Fax: (212) 986-3509), and I have a long-standing attorney-client relationship with Defendant Alitalia-Linee Aeree Italiane, S.p.A.

2. I am a member in good standing in every jurisdiction where I have been admitted to practice, including the United States Supreme Court, United States Courts of Appeals for the Second Circuit, District of Columbia, United States Claims Court, United States District Courts for the

District of Maryland and the District of Columbia, United States District Courts for the Northern, Southern, and Eastern District of New York.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Connecticut.

5. Pursuant to Local Rule 2(d) the required application fee has been submitted for this motion.

/s/ Daniel F. Hayes
Daniel F. Hayes, Esq.
Dhayes@bhmr.com
Biedermann, Hoenig, Massamillo & Ruff, P.C.
90 Park Avenue
New York, NY 10016
(212) 697-6555
(212) 986-3509 (fax)