## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
2005 APR -4 A 10:57
DISTRICT COURT
HARTFORD CT

### APPEARANCE

CASE NUMBER: 3:02-cv-01757-AVC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:    DEFENDANT

ALITALIA_LINEE AEREE

| | |
|---|---|
| __4/1/05__<br>Date | _[Signature]_<br>Signature |
| __PHV0207__<br>Connecticut Federal Bar Number | __DANIEL F. HAYES__<br>Print Clearly or Type Name |
| __(212)697-6555__<br>Telephone Number | __90 PARK AVE. 36 th FLOOR__<br>Address |
| __(212)697-0902__<br>Fax Number | __NEW YORK CITY, NY 10016__ |
| __dh@bhmr.com__<br>E-mail address | |

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

STANGER & ARNOLD, LLP
29 SOUTH MAIN STR., STE 325N
WEST HARTFORD, CT 06107

SABATINI & ASSOCIATES, LLC
ONE MARKET SQUARE
NEWINGTON, CT 06111-2992

_[Signature]_
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24