FILED

2005 APR -8  A II: 45

UNITED STATES DISTRICT COURT DISTRICT COURT
DISTRICT OF CONNECTICUT  HARTFORD CT

| | |
|---|---|
| SUSAN DEMARTINIS, Individually,<br>as surviving spouse and as<br>ADMINISTRATRIX OF THE ESTATE<br>OF MARC PETER DEMARTINIS,<br>DECEASED,<br><br>        Plaintiffs,<br><br>v.<br><br><br>ALITALIA-LINEE AEREE<br>ITALIANE, S.p.A.<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   3:02 CV 1757 (AVC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   APRIL 6, 2005<br>) |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME
## TO FILE JOINT TRIAL MEMORANDUM

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b),

Defendant respectfully moves to extend the date until April 29, 2005 for the parties to file the

Joint Trial Memorandum. The trial date has been re-scheduled from April 18, 2005 to May 9,

2005 and counsel request an enlargement of time to file the Joint Trial Memorandum. The parties

need the additional time to finalize all trial exhibits and documents. Plaintiffs' counsel has no

objection to the granting of this Motion For Extension of Time. This is Defendant's first Motion

For Extension of Time to File Joint Trial Memorandum.

NO ORAL ARGUMENT REQUESTED
NO TESTIMONY REQUIRED

•1•

STANGER & ARNOLD, LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

Respectfully submitted,

By:

Steven E. Arnold, ct07966
sea@SAlaw.us
Peter M. Van Dyke, ct24747
pvd@SAlaw.us
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107
Tel. (860) 561-0650
Fax. (860) 561-0646

-and-

BIEDERMANN, HOENIG, MASSAMILLO
& RUFF, P.C.
90 Park Avenue
New York, New York 10016
(212) 697-6555

Attorneys for Defendant
**ALITALIA-LINEE AEREE ITALIANE S.p.A.**

·2·

CERTIFICATE OF SERVICE

     This is to certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record and pro se parties on April 6, 2005:

Vincent F. Sabatini, Esq.
James Sabatini, Esq.
Sabatini & Associates, LLC
One Market Square
Newington, CT  06111-2992

 

                                                          Peter M. Van Dyke

STANGER & ARNOLD, LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042