FILED

2005 APR -8  A 11: 45

US DISTRICT COURT
HARTFORD CT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN DEMARTINIS, Individually, as surviving spouse and as ADMINISTRATRIX OF THE ESTATE OF MARC PETER DEMARTINIS, DECEASED, <br><br> Plaintiffs, <br><br> v. <br><br> ALITALIA-LINEE AEREE ITALIANE, S.p.A. <br><br> Defendant. | 3:02 CV 1757 (AVC) <br><br><br><br> APRIL 6, 2005 |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE JOINT TRIAL MEMORANDUM

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b), Defendant respectfully moves to extend the date until April 29, 2005 for the parties to file the Joint Trial Memorandum. The trial date has been re-scheduled from April 18, 2005 to May 9, 2005 and counsel request an enlargement of time to file the Joint Trial Memorandum. The parties need the additional time to finalize all trial exhibits and documents. Plaintiffs' counsel has no objection to the granting of this Motion For Extension of Time. This is Defendant's first Motion For Extension of Time to File Joint Trial Memorandum.

**NO ORAL ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

·1·

**STANGER & ARNOLD, LLP**
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

*April 11, 2005. GRANTED. SO ORDERED. Alfred V. Covello, U.S.D.J.*