UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SUSAN DeMARTINIS, ind and
as surviving spouse and admin of
the estate of MARC PETER DeMARTINIS

V.                                           CASE NO. 3:02CV01757(AVC)

ALITALIA-LINEE AEREE ITALIANE, SpA

NOTICE TO COUNSEL

The above-entitled case was reported to the Court to be settled on April 28, 2005. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on May 28, 2005, unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Hartford, Connecticut, this 28th day of April, 2005.

KEVIN F. ROWE, Clerk

By: _____
Jo-Ann Walker
Deputy Clerk