UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN DeMARTINIS, Individually, as surviving spouse and as ADMINISTRATRIX OF THE ESTATE OF MARK PETER DeMARTINIS, DECEASED | CIVIL NO.: 3:02 CV 1757 (AVC) |
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL |
| vs. | |
| ALITALIA-LINEE AEREE ITALIANE, S.p.A. | |
| Defendant | |

A settlement having been reached by and between Plaintiff and defendant ALITALIA-LINEE AEREE ITALIANE, S.p.A. (hereafter "Alitalia Airlines"), it is hereby stipulated and ordered that Plaintiff's action is dismissed, with prejudice and without costs, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: May 5, 2005

SABATINI & ASSOCIATES, LLC

By: _____
Vincent Sabatini (ct 19899)
One Market Square
Newington, CT 06111
(860) 667-0839

Attorney for Plaintiff
**SUSAN DeMARTINIS**

Dated: May 5, 2005

BIEDERMANN, HOENIG, MASSAMILLO
& RUFF, P.C.

By: _____
Eugene Massamillo (ct 16211)
90 Park Avenue
New York, New York 10016
(212) 697-6555

STANGER & ARNOLD, LLP
Steven E. Arnold (ct 07966)
29 South Main Street, Suite 325N
West Hartford, CT 06107
(860) 561-0650

Attorneys for Defendant
**ALITALIA AIRLINES**

May 10, 2005.    SO ORDERED.

Alfred V. Covello
USDJ